```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 13270
   IVAN C FREEMAN
   ANGEL R ALSTON                            CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-8082     SSN XXX-XX-0836

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/23/2008 and was not confirmed.

     The case was converted to chapter 7 without confirmation 08/22/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
CHASE MANHATTAN MORTGAGE  CURRENT MORTG          .00           .00            .00
CHASE MANHATTAN MORTGAGE  MORTGAGE ARRE          .00           .00            .00
TOYOTA MOTOR CREDIT CORP  SECURED VEHIC      7785.00           .00            .00
TOYOTA MOTOR CREDIT CORP  UNSECURED          6233.14           .00            .00
ROUNDUP FUNDING LLC       UNSECURED           277.37           .00            .00
SWEDISH COVENANT HOSPITA  UNSECURED         NOT FILED          .00            .00
LAKE IMAGING LLC          UNSECURED            37.00           .00            .00
WELLGROVE HEALTH PARTNER  UNSECURED         NOT FILED          .00            .00
FIRST PREMIER BANK        UNSECURED         NOT FILED          .00            .00
HOUSEHOLD AUTO FINANCE    UNSECURED         NOT FILED          .00            .00
DUPAGE VALLEY ANESTHESIA  UNSECURED         NOT FILED          .00            .00
MERCURY FINANCE CO        UNSECURED         NOT FILED          .00            .00
GOOD SAMARITAN HOSPITAL   UNSECURED         NOT FILED          .00            .00
ST MARGARET MERCY HEALTH  UNSECURED         NOT FILED          .00            .00
NICOR GAS                 UNSECURED         NOT FILED          .00            .00
T MOBILE                  UNSECURED         NOT FILED          .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED           137.32           .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED            70.41           .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED         NOT FILED          .00            .00
CITY OF CHICAGO HEIGHTS   UNSECURED         NOT FILED          .00            .00
RMI/MCSI                  UNSECURED           750.00           .00            .00
VILLAGE OF FORD HEIGHTS   UNSECURED         NOT FILED          .00            .00
ISAC                      UNSECURED         16713.99           .00            .00
SALLIE MAE                UNSECURED         NOT FILED          .00            .00
SALLIE MAE                UNSECURED         NOT FILED          .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED         NOT FILED          .00            .00
WACHOVIA BANK             UNSECURED         NOT FILED          .00            .00
HSBC AUTO FINANCE         SECURED NOT I         .00            .00            .00
CHASE HOME FINANCE LLC    NOTICE ONLY       NOT FILED          .00            .00
CHASE MANHATTAN MORTGAGE  NOTICE ONLY       NOT FILED          .00            .00
RJM ACQUISITION           UNSECURED            97.63           .00            .00
ASSET ACCEPTANCE LLC      UNSECURED          1694.07           .00            .00
LEGAL HELPERS PC          DEBTOR ATTY       2,600.00                        616.40
TOM VAUGHN                TRUSTEE                                            53.60
DEBTOR REFUND             REFUND                                              .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 13270 IVAN C FREEMAN & ANGEL R ALSTON
```

```
     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                    670.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                  616.40
TRUSTEE COMPENSATION                             53.60
DEBTOR REFUND                                      .00
                       ---------------     ---------------
TOTALS                     670.00                670.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 11/20/08              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 08 B 13270 IVAN C FREEMAN & ANGEL R ALSTON